THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACIFIC COAST MARITIME, INC., a Washington corporation, HARLEY MARINE FINANCING, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EAST WEST SEAFOODS, LLC, a Washington limited liability company, *in personam*, and F/V PACIFIC PRODUCER, O.N. 250021, her engines, appurtenances, tackles, and gear, *in rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 3:23-cv-05011-JCC<br><br>***EX PARTE* MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN**<br><br>NOTE ON MOTION CALENDAR:<br>Monday, February 13, 2023 |

In accord with LAR 135, plaintiffs move the Court for the appointment of Marine Lenders Services, LLC as a substitute custodian of the vessel F/V PACIFIC PRODUCER, which has been approved by the United States Marshal as set forth below.

This motion is based upon the accompanying *Declaration of Buck W. Fowler, Jr.*

Plaintiffs agree to release the United States and the United States Marshal from any and all liability and responsibility arising out of the care and custody of the vessel from the time the marshal transfers possession of the vessel until the vessel is released or sold, and agrees to hold harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and

MOTION FOR SUB. CUSTODIAN - 1
CASE NO. 3:23-cv-05011-JCC

ATTORNEYS AT LAW
BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

1  safekeeping of the vessel.

2

3          DATED this Monday, February 13, 2023.

4                                          /s/Thomas G. Waller
                                            Thomas G. Waller, WSBA No. 22963
5                                           /s/Donald K. McLean
                                            Donald K. McLean, WSBA No. 24158
6                                           Attorneys for Plaintiffs
                                            Bauer Moynihan & Johnson LLP
7                                           2101 Fourth Avenue, Suite 2400
                                            Seattle, WA  98121
8                                           Telephone:  (206) 443-3400
                                            Fax:  (206) 448-9076
9                                           tgwaller@bmjlaw.com
                                            dkmclean@bmjlaw.com
10

MOTION FOR SUB. CUSTODIAN - 2
CASE NO. 3:23-cv-05011-JCC

ATTORNEYS AT LAW
BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206)  443-3400