THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACIFIC COAST MARITIME, INC., a Washington corporation, HARLEY MARINE FINANCING, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EAST WEST SEAFOODS, LLC, a Washington limited liability company, *in personam*, and F/V PACIFIC PRODUCER, O.N. 250021, her engines, appurtenances, tackles, and gear, *in rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 3:23-cv-05011-JCC<br><br>**DECLARATION OF SUBSTITUTE CUSTODIAN JAKE LUNDE, GENERAL MANAGER FOR MARINE LENDERS SERVICES, LLC** |

Jake Lunde declares as follows:

1. I am the General Manager of Marine Lenders Services, LLC, with offices at 5350 30th Avenue NW, Seattle, Washington.

2. I am over 18, am competent to testify, and have personal knowledge regarding the content of this declaration.

3. My company, Marine Lenders Services, LLC ("Marine Lenders"), has experience serving as substitute custodians in the past, and its employees are boat owners, operators, and brokers. I personally also have knowledge of and experience with the care of

DECLARATION OF JAKE LUNDE - 1
CASE NO. 3:23-cv-05011-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

vessels of similar type and size as the defendant vessel having owned and operated numerous vessels in my career.

4. Marine Lenders and I have access to adequate facilities and supervision for the defendant vessel and can safely keep the same in place of the United States Marshal during the pendency of suit herein and until further Order of the Court, and in this regard, Marine Lenders and I will provide legal liability insurance and perform the normal and customary custodial services for said vessel, including attending mooring lines, bilge pumping as necessary, and providing locks and security, during their custodianship at a charge of **$150 a day**, 15 days minimum for the PACIFIC PRODUCER, O.N. 250021. An additional fee of **$7,700** will be charged for twelve months of substitute custodian legal liability insurance, charged at **$642** a month, with a one month minimum. For the arrest, consulting and making an inventory of the vessel Marine Lenders will bill at **$240** / hour. For securing the vessel, Marine Lenders will bill at **$240** / hour plus materials and expenses. If not paid directly by plaintiffs, Marine Lenders will charge moorage at the rate charged at its arrested location. The total charge for said services will be less than those charged by the United States Marshal for providing such services through professional keepers. I will provide these services and keep the vessel secured at her current location, unless I determine that the vessel should be moved in order to safeguard and protect the vessel, or minimize expenses and/or maximize the sale price of the vessel. In the event the vessel needs to be moved, I will notify the U.S. Marshal's office prior to movement and again when it has been secured.

5. Marine Lenders is beneficiary of a Marine General Insurance Policy issued by Great American (**Policy No. CL1932503366**) with limits of **$2,000,000** for damage sustained by third parties due to negligence committed during said custody, and plaintiffs further agree to hold harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

6. Further, Marine Lenders agrees to accept substitute custodianship of the

DECLARATION OF JAKE LUNDE - 2
CASE NO. 3:23-cv-05011-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

defendant vessel, her engines, machinery, and appurtenances, etc., in accordance with the order appointing substitute custodian.

7. I have reviewed and am familiar with Local Supplemental Admiralty Rule LAR 135 and the requirements of that rule for substitute custodians.

8. I am not interested in the outcome of this action in which the defendant vessel is or will be under arrest.

9. I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Dated this Monday, February 13, 2023 at Seattle, Washington

_____
Jake Lunde
General Manager for Marine Lenders Services, LLC

DECLARATION OF JAKE LUNDE - 3
CASE NO. 3:23-cv-05011-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400