THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACIFIC COAST MARITIME, INC., a Washington corporation, HARLEY MARINE FINANCING, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EAST WEST SEAFOODS, LLC, a Washington limited liability company, *in personam*, and F/V PACIFIC PRODUCER, O.N. 250021, her engines, appurtenances, tackles, and gear, *in rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 3:23-cv-05011-JCC<br><br>[~~PROPOSED~~]<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR ORDER AUTHORIZING ARREST** |

**[~~PROPOSED~~]**

**ORDER FOR ISSUANCE OF WARRANT**

**OF MARITIME ARREST UNDER SUPPLEMENTAL ADMIRALTY RULE C(3)**

Upon reviewing plaintiffs' *Verified Complaint* and plaintiffs' *Ex Parte Motion for Order Authorizing Arrest* and supporting representations, and the Court finding the conditions exist for an action *in rem* under Supplemental Admiralty Rule C(3), it is

ORDERED that the Clerk shall issue a warrant of maritime arrest as prayed for in the *Verified Complaint*; and it is

ORDERED that the warrant of maritime arrest shall provide for the crew to be

[~~PROPOSED~~] ORDER ON
MOTION FOR ORDER RE: ARREST - 1
CASE NO. 3:23-cv-05011-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

allowed to remain on the vessel during the time the vessel is in custody; and it is

ORDERED that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is

ORDERED that a copy of this Order be attached and served with the warrant of maritime arrest.

DATED this 13th day of February 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

/s/Thomas G. Waller
Thomas G. Waller, WSBA No. 22963
/s/Donald K. McLean
Donald K. McLean, WSBA No. 24158
Attorneys for Plaintiffs

[PROPOSED] ORDER ON
MOTION FOR ORDER RE: ARREST - 2
CASE NO. 3:23-cv-05011-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400