THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACIFIC COAST MARITIME, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EAST WEST SEAFOODS, LLC, *et al.*, <br><br> Defendants. | CASE NO. C23-5011-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiffs' motion for default judgment (Dkt. No. 24). The Court previously ordered default judgment be entered against *in personam* Defendant East West Seafoods, LLC. (*See* Dkt. Nos. 18, 19.) Plaintiff now seeks entry of default judgment against *in rem* Defendant F/V Pacific Producer, for which the Clerk previously issued a warrant for its arrest and previously entered default. (*See* Dkt. Nos. 15, 15-1, 23, 24.)

"At the default judgment stage, the court presumes all well-pleaded factual allegations related to liability are true." *Curtis v. Illumination Arts, Inc.*, 33 F. Supp. 3d 1200, 1211 (W.D. Wash. 2014); s*ee TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917–18 (9th Cir. 1987). However, factual allegations relating to damages are not taken as true. *Curtis*, 33 F. Supp. 3d at 1211. A "plaintiff is required to prove all damages sought in the complaint, and the court must ensure that the amount of damages is reasonable and demonstrated by the evidence." *Id.*

The Court has reviewed the record in this matter, along with Plaintiffs' instant motion

and the supporting declaration of Mark Krisher (including exhibits) (Dkt. Nos. 25, 25-1), and, on this basis, ORDERS as follows:

1. Plaintiffs' motion for default judgment (Dkt. No. 24) is GRANTED.
2. Plaintiffs are awarded $94,800.63 in damages for repairs to the barge Iliuliuk Bay and related expenses,[1] $19,762.95 in costs associated with the arrest and maintenance of F/V Pacific Producer, and $4,670.97 in prejudgment interest, for a total award against *in rem* Defendant F/V Pacific Producer of $119,234.55.
3. Post-judgment interest will accrue at 4.53% per annum from the date of judgment.

DATED this 18th day of April 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] Under general maritime law, Plaintiffs are entitled to pre and post-judgment interest. *See Vance v. American Hawaii Cruises, Inc.*, 789 F.2d 790, 794–95 (9th Cir.1986).